# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GHAHREMANI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-00165 TWR (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 24) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice. (*See* ECF No. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the Joint Motion to Dismiss. As requested by the parties, the individual claims of Plaintiff against Defendant are dismissed in their entirety **WITH PREJUDICE**. All parties shall bear their own costs and attorneys' fees.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: September 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Todd W. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge